## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Flava Works Entertainment, Inc., et al.
                                    Plaintiff,

v.                                             Case No.: 1:25−cv−03397
                                                        Honorable John F. Kness

Nicolas Gaudet−Labrosse
                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2025:

      MINUTE entry before the Honorable John F. Kness: On 4/25/2025, the parties filed an executed "Stipulation of Dismissal with Prejudice" [12]. Accordingly, the case is dismissed with prejudice consistent with the terms of the Stipulation and by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Each party is to bear its own fees and costs. The hearing set for 4/30/2025 is stricken. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.