# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FlavaWorks Entertainment, Inc., ) <br> Blatino Media, Inc., ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Nicolas Gaudet-Labrosse, et al ) <br>       Defendants. ) | Case No. : 1:25-cv-03397 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION TO REINSTATE CASE

NOW COME Plaintiffs, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., by and through their undersigned counsel, and hereby respectfully move this Honorable Court to reinstate the above-captioned matter to the active docket. In support thereof, Plaintiffs state as follows:

1. On March 17, 2025, Plaintiffs filed a "Notice of Voluntary Dismissal of Doe Defendants," specifically dismissing only John Doe No. 37 (strictlybznz) and John Doe No. 1 (ActorCA) pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. [Dkt. No. 5].

2. Plaintiffs' intention was solely to dismiss these two specific Doe Defendants without prejudice, not to dismiss the entire action against the remaining named and Doe Defendants.

3. However, following the filing of the Notice of Voluntary Dismissal, the Clerk of the Court entered a dismissal of the entire case in error.

4. Plaintiffs respectfully request that the case be reinstated on the Court's active docket so that Plaintiffs may continue to pursue their claims against the remaining Defendants.

5. Rule 60(b) of the Federal Rules of Civil Procedure provides that a court may relieve a party from a final judgment, order, or proceeding for mistake or inadvertence.

6. Reinstatement is warranted here as the dismissal of the entire case was inadvertent and contrary to Plaintiffs' clear and express intent as set forth in their Notice.

7. No party will suffer prejudice from the reinstatement of the case.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant Plaintiffs' Motion to Reinstate Case;

B. Vacate the dismissal of this matter entered following the filing of Plaintiffs' Notice of Voluntary Dismissal; and

C. Reinstate this matter to the Court's active docket for further proceedings consistent with the Federal Rules of Civil Procedure.

        Respectfully submitted,
        */s/Hameed Odunewu*
        FlavaWorks Entertainment, Inc. and
        Blatino Media, Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc.
Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of John Doe Defendant No. 16 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 17, 2025.

s/Hameed Odunewu