Flava Works Entertainment, Inc., et al.
                                    Plaintiff,

v.                                                     Case No.: 1:25−cv−03397
                                                                Honorable John F. Kness

Nicolas Gaudet−Labrosse
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2025:

      MINUTE entry before the Honorable John F. Kness: Plaintiffs' motion to reinstate [7] is granted, and the order [6] terminating the case is stricken. The Clerk is directed to reinstate the case forthwith. The Court regrets its error in entering the dismissal order, which was intended for an unrelated case. An in−person status hearing in this case is set for 5/14/2025 at 9:30 A.M. At that hearing, Plaintiffs should be prepared to discuss how to proceed with effecting service on the numerous &quot;John Doe" Defendants. Finally, the Clerk is directed to place Exhibit A to the Complaint (Dkt. 1−1) under seal pending further order. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.