**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Blatino Media, Inc.,** ) | |
| **FlavaWorks Entertainment, Inc.** ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:25-CV-03397 |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Nicolas Gaudet-Labrosse, et al** ) | |
| ) | |
| Defendants ) | |

**AMENDED MOTION FOR LEAVE TO TAKE DISCOVERY
PRIOR TO RULE 26(f) CONFERENCE**

    Plaintiff, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to take limited discovery prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum and Declaration filed concurrently herewith. The Mandatory Initial Discovery Pilot Project supersedes Rule 26(a)(l) and does not affect the grounds for or relief sought in this Motion. Plaintiff requests a hearing on this matter, if necessary, in accordance with the accompanying notice.

    In particular, Plaintiff seeks the issuance of subpoenas under Rule 45 to email service providers: Google LLC, Microsoft Corporation, and Yahoo! Inc, to obtain information sufficient to identify the Doe Defendants by name and current address.

| | |
|---|---|
| Dated May 2 2025 | Respectfully submitted, |
| | FlavaWorks Entertainment, Inc. |
| | Blatino Media, Inc. |
| | |
| | By: s/ *Hameed Odunewu* |

Hameed Odunewu (Bar No. 6346462)

FlavaWorks Entertainment, Inc.
Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003

(240) 918-2785 Telephone

[Hameed@flavaworks.com](mailto:Hameed@flavaworks.com)

Attorney for Plaintiff

FlavaWorks Entertainment, Inc. and

Blatino Media, Inc.

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion for Leave to Take Discovery Prior to Rule 26(f) was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 8, 2024.

                                                    s/Hameed Odunewu