**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Blatino Media, Inc.,** | | |
| **FlavaWorks Entertainment, Inc.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 1:25-CV-03397** |
| | ) | |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Nicolas Gaudet-Labrosse, et al** | ) | |
| | ) | |
| **Defendants** | ) | |

**AFFIDAVIT OF JULIE EVANS**

I, Julie Evans, being first duly sworn, hereby state under oath and declare as follows:

1. I am a resident of the State of Illinois. I am over the age of 18 and competent to testify to the matters stated herein.

2. I am employed as a researcher by Blatino Media, Inc. As part of my duties, I have conducted thorough and ongoing research in an effort to identify individuals involved in unauthorized use and distribution of copyrighted materials owned by Blatino Media, Inc. and/or FlavaWorks Entertainment, Inc.

3. In the course of my investigation, I have identified numerous email addresses associated with infringing activity involving the Plaintiffs' intellectual property. I have compiled these findings into the attached Exhibit A, which identifies individuals currently referred to as "John Does."

4. Based on this information, I respectfully assert that it is necessary to subpoena the relevant email service providers associated with each account in order to obtain identifying information. This includes, but is not limited to, IP login history, subscriber names, physical addresses, telephone numbers, alternate email accounts, and any other linked identifying information that may assist in properly identifying and serving the Defendants.

5. **Statement of Truth:** I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 2nd day of May, 2025.

Julie Evans

Julie Evans

DigiSigner Document ID: f04f44de-3ea9-413f-9d4e-1a2dbaa7f411

**EXHIBIT A**

| USERNAME | EMAIL / IP ADDRESSES |
|---|---|
| | |
| Adlp1ph | adlp1ph@yahoo.com |
| Alibivjstp | alibivjstp@yahoo.com |
| Ananti03 | minos108@hotmail.com |
| Apollofabu | deironjohnson@yahoo.com |
| Awsqaxcd639 | xxxsixtyninexx@gmail.com 71.77.10.2 |
| Balloonboy82 | sambono@gmail.com 68.185.250.8 |
| Bigcuz | Ktarig@gmail.com 172.9.164.198 |
| Billganz | billganz@mac.com |
| Blove86 | heartofataurus@aol.com 70.114.83.190 |
| Btmsnoopdog | dhkndf@gmail.com 65.30.208.224 |
| Cjcseattle | cjcseattle@yahoo.com |
| Cjp0689 | cjp0689@gmail.com |
| Cosmic0057 | cosmic0057@gmail.com |
| Crimson621 | tdprice321@aol.com |
| Ctpaul860 | CTPAUL860@GMAIL.COM |
| Dudeinhis20s | lostlonelyartist@hotmail.com 174.111.240.45 |
| Erudite00 | hotchill2@yahoo.com 69.123.184.137 |
| Furiousd2023 | furiousd2023@gmail.com 69.255.43.21 |
| Gqjohnnie | gqjohnnie@gmail.com |

| | |
|---|---|
| | 76.166.219.96 |
| Homolecule | homolecule@gmail.com<br>74.108.131.37 |
| Jab95005 | jab95005@yahoo.com |
| Joe20psu | lorewren@hotmail.com |
| Macaw00 | macaw00@gmail.com |
| Musicc | c.lee.1419@gmail.com |
| Nartnaut | nartnaut@yahoo.com |
| Neilmac70 | neil_mac70uk@yahoo.co.uk |
| Ozan40394 | ozangurtunca@gmail.com |
| Pianist391! | pianist391@gmail.com<br>100.37.250.25 |
| Platinum1 | jtolson1@gmail.com<br>45.56.154.161 |
| Pornfreaks | dbarb1e@me.com<br>50.232.243.100 |
| Sbsymphony | Sieesamorgan@gmail.com |
| Spaustin | austin.seth3@gmail.com |
| Stevedax | sdatherton@hotmail.com |
| Tallpaul453 | pgwiersma1@gmail.com<br>71.86.212.186 |
| TheMonitor72 | cdcampbell72@msn.com<br>174.71.73.182 |
| Tmoody | temoody@gmail.com |
| Ttomqwerty | ttomqwerty@gmail.com |
| Twoinchatt | twoinharrison@yahoo.com<br>104.128.175.175 |
| User1196937 | kemdurem@yahoo.com<br>24.16.235.244 |
| WarGod83 | dragon_spawn_2000@yahoo.com<br>173.2.116.173 |
| wono85 | walters.jono@gmail.com<br>62.30.203.194 |

DigiSigner Document ID: f04f44de-3ea9-413f-9d4e-1a2dbaa7f411 Case: 1:25-cv-03397 Document #: 13-2 Filed: 05/14/25 Page 5 of 5 PageID #:67

| | |
|---|---|
| Xcoreysx | ppncorey@gmail.com<br>76.127.195.230 |
| XyonSkits | ifyousayso41@gmail.com<br>76.106.21.47 |