UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Flava Works Entertainment, Inc., et al.
                          Plaintiff,

v.                                            Case No.: 1:25−cv−03397
                                            Honorable John F. Kness

Nicolas Gaudet−Labrosse
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2025:

      MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 5/14/2025. As discussed on the record, Plaintiff's motions [10], [11] and [12] are stricken. Plaintiff's motion for discovery [13] is taken under advisement and will be resolved by separate order. A status hearing for tracking purposes is set for 6/17/2025 at 9:30 A.M. The parties are to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Counsel for Plaintiff is directed to file a written status report prior to the next hearing date. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.