UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Flava Works Entertainment, Inc., et al.
                              Plaintiff,

v.                                   Case No.: 1:25−cv−03397
                                                    Honorable John F. Kness

Nicolas Gaudet−Labrosse
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2025:

      MINUTE entry before the Honorable John F. Kness: To facilitate the limited discovery that is ongoing, the status hearing set for 7/30/2025 is reset to 8/28/2025 at 9:30 A.M. That hearing will be held in−person in Courtroom 2125. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.