UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FlavaWorks Entertainment, Inc.,** ) <br> **Blatino Media, Inc.,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Nicolas Gaudet-Labrosse, et al** ) <br> Defendants. ) | Case No. : 1:25-cv-03397 <br><br> JURY TRIAL DEMANDED |

UNITED STATES DISTRICT COURT

**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DAVID TAM**

Plaintiff, FlavaWorks Entertainment, Inc. and Blatino Media, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against Defendant DAVID TAM. Each party shall bear its own attorney's fees and costs.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal with prejudice under Rule 41(a)(1) is appropriate.

                                            Respectfully submitted,
                                            /s/Hameed Odunewu
                                            FlavaWorks Entertainment, Inc. and
                                            Blatino Media, Inc.

By: s/ *Hameed Odunewu*
Hameed Odunewu (ARDC No. 6346462)
FlavaWorks Entertainment, Inc.
Blatino Media, Inc.
2705 West Fulton St
Chicago, IL 60612-2003
(240) 918-2785 Telephone
Hameed@flavaworks.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of John Doe Defendant No. 16 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 17, 2025.

                                                 s/Hameed Odunewu
                                      _____