UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Flava Works Entertainment, Inc., et al.
                       Plaintiff,

v.                                      Case No.: 1:25−cv−03397
                                        Honorable John F. Kness

Nicolas Gaudet−Labrosse
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable John F. Kness: Due to a change in the Court's trial schedule, the in−person status hearing set for 10/16/2025 at 9:00 A.M. is reset for 10/16/2025 at 9:30 A.M. TIME CHANGE ONLY. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.