# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Flava Works Entertainment, Inc., et al.
                              Plaintiff,

v.                                         Case No.: 1:25−cv−03397
                                           Honorable John F. Kness

Nicolas Gaudet−Labrosse
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2025:

    MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 10/16/2025. Counsel for Plaintiff updated the Court on the status of naming Defendants and service. A continued in−person status hearing is set for 11/25/2025 at 9:30 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.