UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Flava Works Entertainment, Inc., et al.
                              Plaintiff,

v.                                                           Case No.: 1:25−cv−03397
                                                                           Honorable John F. Kness

Nicolas Gaudet−Labrosse
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

      MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 12/16/2025. Plaintiff's oral motion for leave to file an amended complaint is granted. Plaintiff shall file the first amended complaint on or before 12/23/2025 and begin service on the Defendants named in the amended complaint. A telephonic tracking status is set for 1/21/2026 at 9:00 A.M. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.