**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Flava Works Entertainment, Inc., et al.
                                    Plaintiff,

v.                                         Case No.: 1:25−cv−03397
                                                         Honorable John F. Kness

Nicolas Gaudet−Labrosse
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 20, 2026:

      MINUTE entry before the Honorable John F. Kness: At the Court's instance, the telephonic status hearing set for 1/21/2026 at 9:30 A.M. is reset for 1/21/2026 at 9:45 A.M. TIME CHANGE ONLY. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.