# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Blatino Media, Inc., ) | |
| FlavaWorks Entertainment, Inc. ) | |
| ) | |
| Plaintiffs, ) | Case No. *1:25-cv-03397* |
| ) | |
| v. ) | |
| ) | Hon. John F. Kness |
| Nicolas Gaudet-Labrosse, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiffs Flava Works Entertainment, Inc. and Blatino Media, Inc., by and through undersigned counsel, respectfully move this Court for entry of an order substituting counsel pursuant to Local Rule 83.17, and in support state as follows:

1. Plaintiffs were previously represented in this matter by Hamneed Odunewu, who has appeared as counsel of record since the filing of the Complaint.

2. Plaintiffs have retained PMJ PLLC and Patrick M. Jones to represent them in this action going forward.

3. Mr. Odunewu consents to this substitution of counsel and seeks to withdraw from further representation of Plaintiffs in this matter.

4. Mr. Jones consents to appear as counsel of record for Plaintiffs and affirms that he is eligible to practice before this Court or will promptly seek admission as required by the Local Rules.

5. This substitution will not delay the proceedings, prejudice any party, or otherwise adversely affect the administration of justice.

1

6. Plaintiffs request that all future notices, filings, and communications from the Court and opposing parties be directed to undersigned new counsel.

**WHEREFORE,** Plaintiffs respectfully request that this Court enter an order: (i) granting substitution of counsel; (ii) permitting Hamneed Odunewu to withdraw as counsel of record for Plaintiffs; (iii) substituting PMJ PLLC as counsel of record for Plaintiffs in this matter; and (iv) granting such other and further relief as the Court deems necessary under the circumstances.

Respectfully Submitted,

 /s/ Hameed Odunewu


 /s/ *Hameed Odunewu*
Hamneed Odunewu
Former Counsel for Plaintiffs
odunewu@outlook.com

CONSENTED TO BY:

PMJ PLLC

Patrick M. Jones (IL #6271256)
332 S. Michigan Ave.
Suite 121 #5413
Chicago, Illinois 60604

7508 South 76th Drive
Laveen, Arizona 85339

Tel: (312) 404-3225
Email: pmj@pmjpllc.com

AND PLAINTIFFS BLATINO MEDIA, INC.

AND FLAVAWORKS ENTERTAINMENT, INC.:

 /s/ Phillip Bleicher

DATED: January 20, 2026

## CERTIFICATE OF SERVICE

    I hereby certify that on January 20, 2026, I electronically filed the foregoing Motion for Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                    /s/ Hameed Odunewu