UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Flava Works Entertainment, Inc., et al.
                      Plaintiff,

v.                                                      Case No.: 1:25−cv−03397
                                                        Honorable John F. Kness

Nicolas Gaudet−Labrosse
                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 1/21/2026. Plaintiff's motion to substitute counsel [30] is granted. Attorney Hamneed Odunewu is withdrawn as counsel of record for Plaintiff. As discussed on the record, Plaintiff must effectuate service on the defendants named in the First Amended Complaint no later than 2/18/2026. Failure to effectuate service before the deadline will result in dismissal of the case under FRCP 4(m). A continued in−person status hearing is set for 2/25/2026 at 10:00 A.M. Mailed notice. (exr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.