UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Flava Works Entertainment, Inc., et al.
                                           Plaintiff,

v.                                                                 Case No.: 1:25−cv−03397
                                                                Honorable John F. Kness

Nicolas Gaudet−Labrosse
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 30, 2026:

      MINUTE entry before the Honorable John F. Kness: A status hearing is set for 2/5/2026 at 10:00 a.m. Counsel Patrick M. Jones is directed to be present at that hearing in person. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.