UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Flava Works Entertainment, Inc., et al.
                                        Plaintiff,
v.                                              Case No.: 1:25−cv−03397
                                                Honorable John F. Kness
Nicolas Gaudet−Labrosse
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 30, 2026:

    MINUTE entry before the Honorable John F. Kness: The hearing set for 2/5/2026 will be for the purpose of discussing Mr. Jones's communications this afternoon to chambers staff concerning his apparent recent efforts to obtain subpoenas from the Clerk's Office. The qualifier "apparent" is necessary because chambers staff and I have had nothing to do with the "SUMMONS ERROR UNPROCESSED" notices placed on the docket. That is a function handled by staff in the Clerk 9;s Office, not these chambers. In all candor, I presently have no idea why Plaintiff's summons requests have been rejected. These multiple rejected requests are, in Mr. Jones's view, unfair and unjustified. Perhaps so, or perhaps not; the truth will out in time. As the judge presiding over this matter, I am of course willing to hear Mr. Jones's arguments on the point. But Mr. Jones's apparent and mistaken belief that I and chambers staff (including the Courtroom Deputy) are responsible for this alleged Inspector Javert−like unfairness has led him to call chambers staff multiple times this afternoon and to send increasingly strident messages to the Courtroom Deputy. The Courtroom Deputy is directed to place those emails and two voicemails on the docket. Here's a sampling of what's in the emails from Mr. Jones's account: "What is going on? Your judge is fighting this like its [sic] an Epstein request. My client is mad at me. Please tell me what I need to do to get a Summons issued."; "What is going on? Has the entire world gone off the rails?"; "If this [apparently referring to the setting of next week's hearing] is an attempt to intimidate me, it's not happening." As ought to be clear to any reasonable observer, the Court is not "fighting" the issuance of any subpoenas. Nor is the Court attempting to intimidate Mr. Jones. On the contrary, two things are happening: Clerk's Office staff is attempting to process Plaintiff's apparently defective subpoena requests, and the Court is attempting to deal with a lawyer who appears to be having difficulty keeping his professional composure this afternoon. To that latter point, the Court has set a hearing for next week in the hope that counsel will take this interval to think about what he's doing, to perhaps modify his tone, and to consider avoiding saying or doing anything further that could result in the imposition of a sanction. To repeat: the rejection of Plaintiff's subpoena requests has come from the Clerk's office, not this judge or chambers staff. That matter will be addressed in good faith at the hearing on 2/5/2026. Mr. Jones is directed to avoid contacting chambers staff in the interim. Any violation of this latter directive will result in an immediate sanction. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.