| | | |
|---|---|---|
| **From:** | Patrick Jones | |
| **To:** | ▮▮▮▮▮▮ | |
| **Subject:** | 25-3397 - summons request | |
| **Date:** | Friday, January 30, 2026 4:26:19 PM | |
| **Attachments:** | image001.png | |
| | image002.png | |

1:25-CV-3397 FILED ER
1/30/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CAUTION - EXTERNAL:**

What is going on? Your judge is fighting this like its an Epstein request. My client is mad at me.

Please tell me what I need to do to get a Summons issued.

Sincerely,

Patrick M. Jones
PMJ PLLC
Tel: (312) 404-3225
Email: pmj@pmjpllc.com
Website : www.pmjpllc.com




**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Patrick Jones |
|---|---|
| Subject: | Re: 25-3397 - summons request |
| Date: | Friday, January 30, 2026 4:31:35 PM |
| Attachments: | image001.png<br>image002.png<br>image003.png<br>image004.png |

**CAUTION - EXTERNAL:**

What is going on? Has the entire world gone off the rails?

Sincerely,

Patrick M. Jones
PMJ PLLC
Tel: (312) 404-3225
Email: pmj@pmjpllc.com
Website : www.pmjpllc.com

 

**From:** Patrick Jones <pmj@pmjpllc.com>
**Date:** Friday, January 30, 2026 at 3:25 PM

**Subject:** 25-3397 - summons request

What is going on? Your judge is fighting this like its an Epstein request. My client is mad at me.

Please tell me what I need to do to get a Summons issued.

Sincerely,

Patrick M. Jones
PMJ PLLC
Tel: (312) 404-3225
Email: pmj@pmjpllc.com
Website : www.pmjpllc.com



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Patrick Jones |
|---|---|
| To: | ███████ |
| Subject: | FW: Activity in Case 1:25-cv-03397 Flava Works Entertainment, Inc. et al v. Gaudet-Labrosse set/reset hearings |
| Date: | Friday, January 30, 2026 4:36:11 PM |
| Attachments: | image001.png<br>image002.png |

**CAUTION - EXTERNAL:**

If this is an attempt to intimidate me, it's not happening.

Sincerely,

Patrick M. Jones
PMJ PLLC
Tel: (312) 404-3225
Email: pmj@pmjpllc.com
Website : www.pmjpllc.com

 

**From:** "usdc_ecf_ilnd@ilnd.uscourts.gov" <usdc_ecf_ilnd@ilnd.uscourts.gov>
**Date:** Friday, January 30, 2026 at 3:31 PM
**To:** "ecfmail_ilnd@ilnd.uscourts.gov" <ecfmail_ilnd@ilnd.uscourts.gov>
**Subject:** Activity in Case 1:25-cv-03397 Flava Works Entertainment, Inc. et al v. Gaudet-Labrosse set/reset hearings

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

# Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.5)

## Notice of Electronic Filing

The following transaction was entered on 1/30/2026 at 4:30 PM CST and filed on 1/30/2026

**Case Name:** Flava Works Entertainment, Inc. et al v. Gaudet-Labrosse
**Case Number:** [1:25-cv-03397](1:25-cv-03397)
**Filer:**
**Document Number:** [38](38)

**Docket Text:**
**MINUTE entry before the Honorable John F. Kness: A status hearing is set for 2/5/2026 at 10:00 a.m. Counsel Patrick M. Jones is directed to be present at that hearing in person. Mailed notice. (exr, )**


**1:25-cv-03397 Notice has been electronically mailed to:**

Patrick M Jones     pmj@pmjpllc.com, pjones@roselawgroup.com, vsteffen@roselawgroup.com

**1:25-cv-03397 Notice has been delivered by other means to:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.