**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Blatino Media, Inc.,** | ) | |
| **FlavaWorks Entertainment, Inc.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-03397 |
| | ) | |
| v. | ) | |
| | ) | Hon. John F. Kness |
| **Nicolas Gaudet-Labrosse, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The Plaintiffs served following Defendants via email on February 4, 2026:

**Anthony Lava**

- adlp1ph@yahoo.com
- pitsalunok@gmail.com
- hex_sg@yahoo.com
- hex_sg@hotmail.com

**Deiron Johnson**

- deironjohnson@yahoo.com
- apollofabu@yahoo.com

**James A. Bautista**

- jab95005@yahoo.com
- jab95005@gmail.com

**Tuan Tran**

- nartnaut@yahoo.com
- nartnaut@gmail.com

**Ozan Gürtunca**

- ozangurtunca@gmail.com
- ozan.gurtunca@ykb.com
- ozangurtunca@yahoo.com
- ozan.gurtunca@craditeurope.nl

**Anthony "Tony" Cordova**

- dragon_spawn_2000@yahoo.com
- anthony.cordova.8183@gmail.com

**Marcus Dowdy**

- ifyousayso41@gmail.com
- dowdy_marcus@yahoo.com
- marcus.dowdy@outlook.com

The Plaintiffs will continue to attempt personal service on the Defendants for whom they have addresses.

Respectfully Submitted,

 /s/ Patrick M. Jones

PMJ PLLC
Patrick M. Jones (IL #6271256)
332 S. Michigan Ave.
Suite 121 #5413
Chicago, Illinois 60604

7508 South 76th Drive
Laveen, Arizona 85339

Tel: (312) 404-3225
Email: pmj@pmjpllc.com