# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Flava Works Entertainment, Inc., et al.

Plaintiff,

v.

Case No.: 1:25−cv−03397

Honorable John F. Kness

Nicolas Gaudet−Labrosse, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2026:

MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 2/5/2026. Prior to the hearing, the Clerk's office confirmed Plaintiff was able to make the necessary corrections to the submitted summonses and they were subsequently issued for service. Plaintiff's counsel updated the Court on the status of service. The previously scheduled status hearing set for 2/25/2026 stands. Counsel for Plaintiff is given leave to file a status report updating the Court on the status of service no later than 2/20/2026. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.