**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Blatino Media, Inc.,** | ) | |
| **FlavaWorks Entertainment, Inc.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 1:25-cv-03397** |
| | ) | |
| **v.** | ) | |
| | ) | **Hon. John F. Kness** |
| **Nicolas Gaudet-Labrosse, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs hereby notify this Court that the Plaintiffs voluntarily dismiss any and all claims against the following Defendants:

- Deiron Johnson, **without prejudice**, and
- John Doe 25 (Macaw00), **with prejudice**.

Respectfully submitted,

By:      /s/ Patrick M. Jones
         Patrick M. Jones
         Counsel for the Plaintiffs

PMJ PLLC
Patrick M. Jones (IL #6271256)
332 S. Michigan Ave.
Suite 121 #5413
Chicago, Illinois 60604

7508 South 76th Drive
Laveen, Arizona 85339

Tel: (312) 404-3225
Email: pmj@pmjpllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

Deiron Johnson
deironjohnson@yahoo.com
apollofabu@yahoo.com

John Doe 25 (Macaw00)
Macaw00
macaw00@yahoo.com


                                     /s/ Patrick M. Jones