Flava Works Entertainment, Inc., et al.

                              Plaintiff,

v.                                                    Case No.: 1:25–cv–03397
                                                      Honorable John F. Kness

Nicolas Gaudet–Labrosse, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

   MINUTE entry before the Honorable John F. Kness: In view of the content of Plaintiff's recent status report (Dkt. 50), the status hearing set for 2/25/2026 is reset to 4/8/2026 at 9:45 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.