# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: FlavaWorks Ent, Inc. et al v. Gaudet-Labrosse et al     Case Number: 1:25-cv-03397

An appearance is hereby filed by the undersigned as attorney for:
FlavaWorks Entertainment Inc.,

Attorney name (type or print): Corinthia Hicks

Firm: FlavaWorks Entertainment, Inc.

Street address: 2705 West Fulton St.

City/State/Zip: Chicago, IL 60612

Bar ID Number: 6352965     Telephone Number: 305.438.9450
(See item 3 in instructions)

Email Address: corinthia@flavaworks.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | X Yes | ☐ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | X No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | X Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/25/2026

Attorney signature: S/ Corinthia Hicks _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023