# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Flava Works Entertainment, Inc., )
Blatino Media, Inc., )
　　　　　　　　　　　　　　　　　　　)
Plaintiffs, **) Case No. 1:25-cv-03397**
　　　　　　　　　　　　　　　　　　　)
v. ) Hon. John F. Kness
　　　　　　　　　　　　　　　　　　　)
Nicolas Gaudet-Labrosse, et al., )
　　　　　　　　　　　　　　　　　　　)
Defendants. )

## <u>PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL</u>

Plaintiffs Flava Works Entertainment, Inc. and Blatino Media, Inc., by and through undersigned counsel, respectfully move this Court for entry of an order substituting counsel pursuant to Local Rule 83.17, and in support state as follows:

1.　　　　Plaintiffs are currently represented in this matter by Patrick M. Jones of PMJ PLLC, who entered his appearance on January 21, 2026 (Dkt. 31) following the Court's grant of prior counsel Hameed Odunewu's motion to withdraw (Dkt. 32). Plaintiffs terminated Mr. Jones's representation on February 25, 2026.

2.　　　　Plaintiffs have retained Corinthia Hicks to represent them in this action going forward.

3.　　　　Mr. Jones was notified of his termination by email on February 25, 2026. As of the date of this filing, Mr. Jones has not responded or indicated whether he objects to his removal as counsel of record. Regardless, a client has an absolute right to discharge counsel at any time, with or without cause, and Mr. Jones's consent is not required for this substitution. *See Marschke v. City of Chicago*, No. 06 C 4974, 2009 WL 3055305, at *1 (N.D. Ill. Sept. 18, 2009); Ill. R.

Prof'l Conduct 1.16(a)(3). Mr. Jones's signature is not included on this motion because his consent is not required for a client-initiated termination of representation.

4.      Ms. Hicks consents to appear as counsel of record for Plaintiffs and affirms that she is admitted to practice before this Court and will file an appearance form pursuant to Local Rule 83.16.

5.      This substitution will not delay the proceedings, prejudice any party, or otherwise adversely affect the administration of justice. The next scheduled status hearing in this matter is April 8, 2026.

6.      Plaintiffs request that all future notices, filings, and communications from the Court and opposing parties be directed to the undersigned new counsel.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an order: (i) granting substitution of counsel; (ii) directing the Clerk to terminate the appearance of Patrick M. Jones as counsel of record for Plaintiffs; (iii) substituting Corinthia Hicks as counsel of record for Plaintiffs in this matter; and (iv) granting such other and further relief as the Court deems necessary under the circumstances.

Respectfully Submitted,

**CONSENTED TO BY:**

/s/ Corinthia Hicks
Corinthia Hicks (IL # 6352965)
Counsel for Plaintiffs
2705 West Fulton Street
Chicago, IL 60612
305.438.9450
corinthia@flavaworks.com

**Plaintiffs:**
Flava Works Entertainment, Inc.
Blatino Media, Inc.

By: /s/ Phillip Bleicher
Phillip Bleicher, President
DATED: February 25, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing Motion for Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Corinthia Hicks