| | |
|---|---|
| Flava Works Entertainment, Inc., | ) |
| Blatino Media, Inc., | ) |
| | ) |
| Plaintiffs, | **) Case No. 1:25-cv-03397** |
| | ) |
| v. | ) Hon. John F. Kness |
| | ) |
| Nicolas Gaudet-Labrosse, et al., | ) |
| | ) |
| Defendants. | ) |

## <u>NOTICE REGARDING DOCKET CORRECTIONS</u>

Plaintiffs Flava Works Entertainment, Inc. and Blatino Media, Inc., by and through undersigned counsel, respectfully file this Notice to bring two docket errors to the Court's attention and request correction.

### 1. Incorrect Email Address on Docket

On or about February 19, 2026, former counsel Patrick M. Jones filed notices (Dkt. 48, 49) that listed the email address "Law@FlavorWorks.com" as the contact email for Plaintiff FlavaWorks Entertainment, Inc. This email address is incorrect in two respects: the prefix is wrong ("Law" rather than "Legal") and the domain is wrong ("FlavorWorks.com" rather than "flavaworks.com"). Plaintiffs do not own the domain "FlavorWorks.com" and are not affiliated with it in any way. As a result, Plaintiffs have not been receiving electronic court notices for this case at the address currently listed on the docket.

The correct email address for Plaintiffs is: Legal@flavaworks.com

**2. Improperly Filed Pro Se Appearance Forms**

Dkt. 48 and 49 are "Appearance Form[s] for Pro Se Litigants" filed on behalf of FlavaWorks Entertainment, Inc. These filings were made in error by former counsel. It is well established that a corporation cannot appear pro se in federal court and must be represented by licensed counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993); *see also* LR 83.12. Plaintiffs are corporate entities and have at all times been represented by counsel in this matter. New counsel Corinthia Hicks is filing an attorney appearance form with this Notice.

Plaintiffs respectfully request that the Clerk: (a) update the docket to reflect the correct email address (Legal@flavaworks.com); and (b) note that the pro se appearance forms at Dkt. 48 and 49 were filed in error, as corporate parties cannot appear pro se.

Respectfully Submitted,

/s/ Corinthia Hicks
Corinthia Hicks (IL # 6352965)
Counsel for Plaintiffs
2705 West Fulton Street
Chicago, IL 60612
305.438.9450
corinthia@flavaworks.com

DATED: February 25, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, I electronically filed the foregoing Notice Regarding Docket Corrections with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Corinthia Hicks