## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Flava Works Entertainment, Inc., et al.

                                  Plaintiff,

v.

                            Case No.: 1:25−cv−03397
                            Honorable John F. Kness

Nicolas Gaudet−Labrosse, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

      MINUTE entry before the Honorable John F. Kness: Defendant Anthony Lava's motion for leave to file late answer and set aside default [57] will be addressed at the status hearing set for 4/8/2026 at 9:45 A.M. No further briefing on the motion will be permitted without leave of court. That hearing will be held in−person. Defendant Lava is given leave to appear via telephone and is to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.