# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FlavaWorks Entertainment, Inc.,** ) | |
| **Blatino Media, Inc.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 1:25-cv-03397** |
| **v.** ) | |
| ) | **Hon. John F. Kness** |
| **Nicolas Gaudet-Labrosse, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

## AS TO DEFENDANTS ANTHONY LAVA AND JAMES BAUTISTA

Plaintiffs FlavaWorks Entertainment, Inc. and Blatino Media, Inc. (collectively, "Plaintiffs") hereby file this notice of voluntary dismissal as to Defendant James Bautista and this stipulation of dismissal as to Defendant Anthony Lava, with prejudice, as follows:

### I.

### Dismissal of Defendant James Bautista

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss with prejudice all claims against Defendant James Bautista. Defendant Bautista has not filed an answer or a motion for summary judgment in this matter. Each party shall bear its own attorneys' fees and costs.

Doc ID: edfd6c06b5a32ae3e9885b5138f91125db39497c

## II.

### **Stipulated Dismissal of Defendant Anthony Lava**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant Anthony Lava ("Defendant Lava"), by his own signature below, hereby stipulate and agree to the dismissal with prejudice of all claims asserted by Plaintiffs against Defendant Lava in the above-captioned action.  Each party shall bear its own attorneys' fees and costs.

## III.

### **Pending Motion**

As a result of the dismissal as to Defendant Lava, Defendant Lava's Motion for Leave to File Late Answer and to Set Aside Default (Dkt. 57) is moot.

## IV.

### **Continuing Action**

This filing pertains solely to Defendants James Bautista and Anthony Lava.  The action continues as to all remaining Defendants.

**This notice and stipulation are effective upon filing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Each party identified above shall bear its own attorneys' fees and costs.**

Dated: April 6, 2026

**FOR PLAINTIFFS:**

/s/ *Corinthia Hicks*
Corinthia Hicks (IL # 6352965)
Counsel for Plaintiffs
FlavaWorks Entertainment, Inc.
2705 West Fulton Street
Chicago, IL 60612
(305) 438-9450
corinthia@flavaworks.com

**FOR DEFENDANT ANTHONY LAVA:**

Anthony Lava, Pro Se
21204 Ingomar Ct.
Canoga Park, CA 91304
(213) 507-3766
adlp1ph@yahoo.com

Doc ID: edfd6c06b5a32ae3e9885b5138f91125db39497c