# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
## Eastern Division

Flava Works Entertainment, Inc., et al.

Plaintiff,

v.

Case No.: 1:25−cv−03397
Honorable John F. Kness

Nicolas Gaudet−Labrosse, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

    MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 5/28/2026. Plaintiff updated the Court on the status of the process of identifying additional defendants. Plaintiff is given leave to file an amended complaint on or before 6/19/2026. A continued telephonic status hearing is set for 7/8/2026 at 9:45 A.M. The parties are to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.