# EXHIBIT A

## Copyrighted Works at Issue

| TITLE | COPYRIGHT REG. NO. |
| --- | --- |
| Bad Boy Detention : F is for Fuck | PA0001797213 |
| Big Black Dick 4: Inches of Pain | PA0001861008 |
| BLACK IN WHITE #2 INTERRACIAL BAREBACK | PA0001993086 |
| Cody Kyler's Pinga Paradise | PA0001668281 |
| CODY KYLER'S PINGA PARADISE #2 | PA0001737150 |
| Flava Works Website Edits 2009 | VA0001760400 |
| Miami Uncut #2, Hot as Hell, Papicock Presents | PA0001764940 |
| MIAMI UNCUT #6: Lust in Paradise | PA0001993082 |
| Miami Uncut, Papicock Presents | PA0001691638 |
| MIAMI UNCUT#5: Heatwave | PA0001917804 |
| Mixxxed Nuts | PA0001668231 |
| Mixxxed Nuts #2: Taste the Crunch | PA0001687480 |
| Mixxxed Nuts #3: Almond Joy | PA0001748164 |
| Mixxxed Nuts #4: Nuts by the Pound | PA0001748148 |
| Mixxxed Nuts #5: Sweet, Salty & Sticky | PA0001802909 |
| MIXXXED NUTS #6: Nut Explosions | PA0001789154 |
| MIXXXED NUTS #7: Dark Nut Rises | PA0001841880 |
| MIXXXED NUTS #8: COCONUTS | PA0001861002 |
| Mixxxed Nuts RAW #1 | PA0002025838 |
| RAW AND NASTY #2: Milk These Walls | PA0001737156 |
| RAW ASS POUNDERS #1 | PA0001822522 |
| Raw in Rio #5: Papi Cream | PA0002230889 |
| Raw Rods #6: Crazy for Cum | PA0001691644 |
| SANTO DOMINGO UNCUT #4: Dominican Heat | PA0001737152 |
| SNOW BALLERZ #5: Frosty Lips | PA0001802981 |
| Star Struck! | PA0001748139 |

| TITLE | COPYRIGHT REG. NO. |
|---|---|
| Thugboy Vol. 8 Fuck What You Heard | PA0001668238 |
| Ultimate: Arvion Kylers | PAu004192666 |
| WHITE ASS PUNISHERS | PA0001841894 |
| WHITE ASS PUNISHERS #2: FACE DOWN ASS UP | PA0001917813 |
| World of Flava: Paris | PA0001668278 |