**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FlavaWorks Entertainment, Inc., et al., | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-03397 |
| v. | ) | Hon. John F. Kness |
| Nicolas Gaudet-Labrosse, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO CONTINUE THE OCTOBER 6, 2026 STATUS HEARING**

Plaintiffs FlavaWorks Entertainment, Inc., *et al.* (collectively, "Plaintiffs"), by and through their counsel, respectfully move this Honorable Court to continue the in-person status hearing currently set for October 6, 2026 at 9:45 a.m. to a date convenient to the Court during the week of October 19, 2026, or such later date as the Court's calendar permits. In support, Plaintiffs state as follows:

1. On August 18, 2026, the Court held an in-person status hearing and continued this matter to a further in-person status hearing on October 6, 2026 at 9:45 a.m., directing that any defendant not properly served by that date will be dismissed (Dkt. 94).

2. Since that hearing, Plaintiffs have substantially narrowed this case. On September 18, 2026, Plaintiffs voluntarily dismissed eight defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. 95). Six defendants now remain: Nicolas Gaudet-Labrosse (username "FuckYeah"); Claybourne Campbell (username "THEMONITOR72"); Michael Goerger (username "cosmic0057"); Cordel Phillips (username "cjp0689"); Matthew James Tirelli (username "brad383"); and Paul Wiersma (username "tallpaul453").

3. Consistent with the Court's August 18, 2026 order (Dkt. 94), Plaintiffs will complete service on, or voluntarily dismiss, each of the six remaining defendants on or before October 6, 2026. As to any remaining defendant who is served and thereafter fails to answer or otherwise appear, Plaintiffs will seek the entry of default under Federal Rule of Civil Procedure 55(a). The requested continuance therefore will not delay the resolution of any defendant's status, which will be complete on or before October 6, 2026 in any event.

4. Corinthia Hicks is the sole attorney of record for Plaintiffs. Ms. Hicks has an unavoidable family medical obligation: an immediate family member is scheduled to undergo surgery during the week of October 6, 2026, followed by a period of hospitalization and post-operative recovery during which Ms. Hicks must provide care. That obligation cannot be rescheduled and extends through the two weeks following the surgery. Because Ms. Hicks is the only attorney of record for Plaintiffs, no substitute counsel is available to appear in her place, and she will remain unavailable until the week of October 19, 2026.

5. A continuance to the week of October 19, 2026 will accommodate counsel's obligation without prejudice to any party. No remaining defendant has entered an appearance in this matter, and, as set out above, Plaintiffs will have resolved the status of every remaining defendant on or before October 6, 2026. This is Plaintiffs' first request to continue the October 6, 2026 status hearing.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court enter an order continuing the October 6, 2026 status hearing to a date convenient to the Court during the week of October 19, 2026, or such later date as the Court's calendar permits, and granting such other and further relief as the Court deems just and proper.

Dated: September 18, 2026

Respectfully submitted,


/s/ Corinthia Hicks
Corinthia Hicks, Esq. (ARDC No. 6352965)
FlavaWorks Entertainment, Inc.
2705 West Fulton Street
Chicago, Illinois 60612
Tel: (773) 355-0510
Email: Corinthia@FlavaWorks.com
*Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I caused the foregoing Motion to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record. No defendant has entered an appearance or is registered to receive electronic notice.

/s/ Corinthia Hicks
Corinthia Hicks, Esq.