**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Blatino Media, Inc., and | ) | |
| FlavaWorks Entertainment, Inc., | ) | Case No. 1:25-cv-03397 |
| | ) | |
| Plaintiffs, | ) | Hon. John F. Kness |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Nicolas Gaudet-Labrosse, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and, to the extent applicable, Federal Rule of Civil Procedure 21, Plaintiffs FlavaWorks Entertainment, Inc. and Blatino Media, Inc. hereby voluntarily dismiss, without prejudice, all claims asserted against the following Defendants, each of whom is named in the Second Amended Complaint (Dkt. 66) and none of whom has served an answer or a motion for summary judgment:

- Nicolas Gaudet-Labrosse (username "FuckYeah");
- Cordel Phillips (username "cjp0689"); and
- Paul Wiersma (username "tallpaul453").

This dismissal is without prejudice and does not affect Plaintiffs' claims against the remaining Defendants, which remain pending. Plaintiffs expressly reserve the right to reassert these claims against the dismissed Defendants in a separate action. Each party shall bear its own attorneys' fees and costs.

Dated: October 6, 2026 Respectfully submitted,

FLAVAWORKS ENTERTAINMENT, INC. and
BLATINO MEDIA, INC.

By: /s/ Corinthia Hicks
Corinthia Hicks, Esq. (ARDC No. 6352965)
2705 West Fulton Street
Chicago, Illinois 60612
Tel: (773) 355-0510
Email: Corinthia@FlavaWorks.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record. The Defendants being dismissed have not appeared in this action, and no service upon them is required. *See* Fed. R. Civ. P. 5(a)(2).

/s/ Corinthia Hicks
Corinthia Hicks, Esq.