**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Blatino Media, Inc., and FlavaWorks Entertainment, Inc., | ) | Case No. 1:25-cv-03397 |
| Plaintiffs, | ) | Hon. John F. Kness |
| v. | ) | JURY TRIAL DEMANDED |
| Nicolas Gaudet-Labrosse, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT MICHAEL GOERGER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and, to the extent applicable, Federal Rule of Civil Procedure 21, Plaintiffs FlavaWorks Entertainment, Inc. and Blatino Media, Inc. hereby voluntarily dismiss, with prejudice, all claims asserted against the following Defendant, who is named in the Second Amended Complaint (Dkt. 66) and who has not served an answer or a motion for summary judgment:

- Michael Goerger (username "cosmic0057"), identified in the Second Amended Complaint at ¶ 11.

This dismissal is with prejudice and applies only to Defendant Michael Goerger. It does not affect Plaintiffs' claims against the remaining Defendants, which remain pending. Each party shall bear its own attorneys' fees and costs.

Dated: October 15, 2026

Respectfully submitted,

FLAVAWORKS ENTERTAINMENT, INC. and
BLATINO MEDIA, INC.

By: /s/ Corinthia Hicks
Corinthia Hicks, Esq. (ARDC No. 6352965)
2705 West Fulton Street
Chicago, Illinois 60612
Tel: (773) 355-0510
Email: Corinthia@FlavaWorks.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. Defendant Michael Goerger has not appeared in this action; a courtesy copy is being sent by electronic mail to his counsel at the address on file with Plaintiffs' counsel.

/s/ Corinthia Hicks
Corinthia Hicks, Esq.