**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Blatino Media, Inc., and<br>FlavaWorks Entertainment, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Nicolas Gaudet-Labrosse, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-03397<br><br>Hon. John F. Kness<br><br>JURY TRIAL DEMANDED |

# PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT MATTHEW JAMES TIRELLI

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and, to the extent applicable, Federal Rule of Civil Procedure 21, Plaintiffs FlavaWorks Entertainment, Inc. and Blatino Media, Inc. hereby voluntarily dismiss, with prejudice, all claims asserted against the following Defendant, who is named in the Second Amended Complaint (Dkt. 66) and who has not served an answer or a motion for summary judgment:

- Matthew James Tirelli (username "brad383"), identified in the Second Amended Complaint at ¶ 18.

This dismissal is with prejudice and applies only to Defendant Matthew James Tirelli. It does not affect Plaintiffs' claims against the remaining Defendants, which remain pending. Each party shall bear its own attorneys' fees and costs.

Dated: November 13, 2026

Respectfully submitted,

FLAVAWORKS ENTERTAINMENT, INC. and
BLATINO MEDIA, INC.

By: /s/ Corinthia Hicks
Corinthia Hicks, Esq. (ARDC No. 6352965)
2705 West Fulton Street
Chicago, Illinois 60612
Tel: (773) 355-0510
Email: Corinthia@FlavaWorks.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. Defendant Matthew James Tirelli has not appeared in this action; a courtesy copy is being sent by electronic mail to his counsel at the address on file with Plaintiffs' counsel.

/s/ Corinthia Hicks
Corinthia Hicks, Esq.